Argued at Pendleton May 8, affirmed September 17, 1929.

## BIG CREEK DITCH CO. *v.* IRA L. HOFFMAN.

(280 Pac. 495.)

For appellant there was a brief and oral argument by *Mr. Frank C. McColloch.*

For respondent there was a brief over the name of *Messrs. Nichols, Hallock & Donald,* with an oral argument by *Mr. James T. Donald.*

RAND, J.—In this case, except for the amount of the judgment, the facts are identical with those in the case of *Big Creek Ditch Co.* v. *Hulick, ante,* p. 401, and the same rules of law apply.

From this it follows that the judgment must be affirmed, and it is so ordered.                    AFFIRMED.

McBRIDE, BEAN and ROSSMAN, JJ., concur.